IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ANTHONY SALAZAR**, | § | |
| | § | |
| Movant, | § | |
| v. | § | Civil Action No. **3:08-CV-1799-L** |
| | § | No. 3:05-CR-113-L |
| **UNITED STATES OF AMERICA**, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed October 15, 2008. No objections were filed.

Movant Anthony Salazar filed a motion pursuant to 28 U.S.C. § 2255 to correct, vacate, or set aside his sentence. Movant contends that his guilty plea was involuntary. The magistrate judge found that Salazar's motion should be denied because his guilty plea was knowing and voluntary.

The court has reviewed the magistrate judge's report, the record, and the applicable law, and determines that the findings are correct and are therefore **accepted** as those of the court. The court therefore **denies** Salazar's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

**It is so ordered** this 31st day of October, 2008.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**